**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **DARYEL PARKER OLIVER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:06CV650(JCH) |
| ) | |
| **LANA EVELYN CAMP, and** ) | |
| **JULIE WONDERLUCK,** ) | |
| ) | |
| Defendants. ) | |

**ORDER OF DISMISSAL
PURSUANT TO
28 U.S.C. § 1915(e)(2)(B)**

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Dated this 25th day of May, 2006.

/s/ Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**